UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| ROBERT CARLOS ALARCIA, | ) SA CV 10-447-PSG (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| CALVIN C. REMINGTON, Acting Chief Probation Officer Los Angeles County Probation Dept. | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the final conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED:      September 14, 2010

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE